1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

CURTIS C. DINWIDDIE,                          CASE NO. 1:11-cv-01874-LJO-GSA

12
                        Plaintiff,            **ORDER TO VACATE HEARING**
13          vs.                               (Doc. 14, 17)

14
WASTE MANAGEMENT, INC., et al,
15
                        Defendants.
16
_____ /
17

18          On February 6, 2012, plaintiff Curtis C. Dinwiddie filed a first amended complaint as a matter

19   of course under Fed. R. Civ. P. 15(a).  As such, this Court VACATES the February 16, 2012, hearing

20   on defendant Don Johnson's Fed. R. Civ. P. 12(b)(6) motion to dismiss and will take no further action

21   on the motion to dismiss.  This Court directs the clerk to term Doc. 14.

22

23

24

25          IT IS SO ORDERED.

26   **Dated:    February 7, 2012**              **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE
27

28

1