IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS C. DINWIDDIE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WASTE MANAGEMENT, INC., et al,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:11-cv-01874-LJO-GSA<br><br>**ORDER TO VACATE HEARING**<br>(Doc. 14, 17) |

　　　On February 6, 2012, plaintiff Curtis C. Dinwiddie filed a first amended complaint as a matter of course under Fed. R. Civ. P. 15(a). As such, this Court VACATES the February 16, 2012, hearing on defendant Don Johnson's Fed. R. Civ. P. 12(b)(6) motion to dismiss and will take no further action on the motion to dismiss. This Court directs the clerk to term Doc. 14.

　　　IT IS SO ORDERED.

**Dated:　  February 7, 2012　　　　　　　　/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1