KOJO MOORE, SBN 236483
P.O. Box 1656
Fresno, California  93710
Telephone: (559) 273-5847
Facsimile: (559) 455-0226
Email: kojomoore@yahoo.com

HOWARD MOORE, JR, SBN 55228
Moore & Moore
1563 Solano Avenue, #204
Berkeley, California  94707-2116
Telephone: (510) 542-7172
Facsimile: (510) 528-3024
Email:      moorlaw@aol.com

Attorneys for Plaintiff, CURTIS DINWIDDIE

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
ELIA M. DELUCA, Cal. Bar No. 249059
edeluca@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947

Attorneys for Defendant DON JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS C. DINWIDDIE,<br><br>                    Plaintiff,<br><br>          v.<br><br>WASTE MANAGEMENT, INC., dba WASTE MANAGEMENT; and DON JOHNSON, et al.,<br><br>                    Defendant. | Case No. 1:11-CV-01874-AWI-GSA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT WASTE MANAGEMENT, INC. WITH PREJUDICE AND ALLOWING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT FOR DAMAGES**<br><br>[Complaint Filed:  November 10, 2011] |

-1-

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE AND FILING OF
SECOND AMENDED COMPLAINT

It is hereby stipulated by and among Plaintiff CURTIS DINWIDDIE and Defendant DON JOHNSON, through their respective counsel of record, as follows:

1.      Defendant Waste Management, Inc. shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs incurred in connection with the dismissal;

2.      Plaintiff may file a Second Amended Complaint to name USA Waste of California, Inc., as a Defendant without prejudice to any defenses which USA Waste of California, Inc. may assert;

3.      USA Waste of California, Inc. will file its responsive pleadings to the Second Amended Complaint on or before April 1, 2012;

4.      The Initial Scheduling Conference currently set for April 11, 2012 is continued to May 11, 2012; and

5.      This Stipulation be made an Order of the Court in accordance with the Local Rules of Practice (E.D. Loc. Rule 143).


Dated:  March 15, 2012

MOORE & MOORE


By      <u>/s/ Howard Moore, Jr.</u>
HOWARD MOORE, JR.
Attorneys for Plaintiff, CURTIS DINWIDDIE

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE AND FILING OF
SECOND AMENDED COMPLAINT

1  Dated:  March 15, 2012

2                                SHEPPARD, MULLIN, RICHTER & HAMPTON
3                                LLP

4

5                                By       /s/ Elia M. DeLuca
6                                            RON HOLLAND
7                                            ELIA M. DELUCA
                                   Attorneys for Defendant DON JOHNSON

8           This Court issues this order based on the parties' stipulation and DISMISSES

9  with prejudice defendant Waste Management, Inc.

10

11

12

13

14  IT IS SO ORDERED.

15     Dated:   **March 15, 2012**              **/s/ Lawrence J. O'Neill**
16                                            UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE AND FILING OF
SECOND AMENDED COMPLAINT