KOJO MOORE, SBN 236483
P.O. Box 1656
Fresno, California  93710
Telephone: (559) 273-5847
Facsimile: (559) 455-0226
Email: kojomoore@yahoo.com

HOWARD MOORE, JR, SBN 55228
Moore & Moore
1563 Solano Avenue, #204
Berkeley, California  94707-2116
Telephone: (510) 542-7172
Facsimile: (510) 528-3024
Email:       moorlaw@aol.com

Attorneys for Plaintiff, CURTIS DINWIDDIE


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
ELIA M. DELUCA, Cal. Bar No. 249059
edeluca@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:  415.434.9100
Facsimile:   415.434.3947

Attorneys for Defendants DON JOHNSON
and USA WASTE OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS C. DINWIDDIE,<br><br>               Plaintiff,<br><br>     v.<br><br>WASTE MANAGEMENT, INC., dba WASTE MANAGEMENT; and DON JOHNSON, et al.,<br><br>               Defendant. | Case No. 1:11-CV-01874-LJO-GSA<br><br>**STIPULATION AND ORDER CONTINUING DATE OF EXCHANGE OF INITIAL DISCLOSURES**<br><br>[Complaint Filed:  November 10, 2011] |

It is hereby stipulated by and among Plaintiff CURTIS DINWIDDIE and Defendants DON JOHNSON and USA WASTE OF CALIFORNIA, INC., through their respective counsel of record, as follows:

1. The date for exchanging Initial Disclosures is currently set for July 1, 2012 is continued to July 16, 2012; and

2. This Stipulation be made an Order of the Court in accordance with the Local Rules of Practice (E.D. Loc. Rule 143).

Dated: June 28, 2012

MOORE & MOORE

By  /s/ Howard Moore, Jr.
HOWARD MOORE, JR.
Attorneys for Plaintiff, CURTIS DINWIDDIE

Dated: June 28, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Elia M. DeLuca
RON HOLLAND
ELIA M. DELUCA
Attorneys for Defendants DON JOHNSON and USA WASTE OF CALIFORNIA, INC.

IT IS SO ORDERED.

Dated:  **July 2, 2012**          /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

-2-

SMRH:405642967.1

STIPULATION AND ORDER CONTINUING DATE OF EXCHANGE OF INITIAL DISCLOSURES